# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2014

Robert P. Young, Jr.,
Chief Justice

147743(53)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ROBERT RICHARD-HOWARD NELSON,
          Defendant-Appellant.
_____/

SC: 147743
COA: 308244
Bay CC: 10-010892-FH

      On order of the Chief Justice, the motion of the defendant-appellant to extend the time for filing his supplemental brief on appeal is GRANTED in part. The defendant-appellant is granted an additional twenty-one days, not twenty-eight days, to file the supplemental brief. The brief will be accepted as timely filed if filed on or before August 26, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2014

